

Littler Mendelson, P.C.
900 Third Avenue
New York, NY  10022.3298

Vinay D. Patel
212.583.2692 direct
212.583.9600 main
vpatel@littler.com

March 11, 2024

**VIA ECF**

Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:      *Nihal Erkan v. Aviannes, Inc.*, Case No. 24-cv-796-TAM

Dear Judge Schofield:

We represent Defendant Aviannes Inc. ("Defendant") in the above-captioned matter. We write to request an extension of time for Defendant to answer or otherwise move in response to Plaintiff's Complaint.

Defendant requests an extension through and including April 15, 2024, for Defendant's response. The extension will allow sufficient time for Defendant to investigate the allegations and prepare the response, and for the parties to meet and confer regarding potential resolution. Defendant was served on February 23, 2024, so Defendant's response is currently due March 15, 2024.

This extension would not affect any other deadlines scheduled in this matter. This is Defendant's first request for an extension related to its response to the Complaint. Plaintiff consents to this request. Thank you for your consideration.

Sincerely,

*/s/ Vinay D. Patel*

Vinay D. Patel