**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

NIHAL ERKAN, on behalf of herself and all others similarly situated,

                    Plaintiffs,

                -against-

Aviannes, Inc.,

                   Defendant.

Case No: 1:24-cv-00796-TAM

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Jericho, New York
          July 17, 2024

New York, New York
July 17, 2024

**MARS KHAIMOV LAW, PLLC**

By*: /s/ Mars Khaimov*
Mars Khaimov, Esq.
100 Duffy Ave., Suite 510
Hicksville, New York 11801
mars@khaimovlaw.com
*Attorneys for Plaintiff*

**LITTLER MENDELSON, P.C.**

By: */s/ Vinay Patel*
Vinay Patel, Esq.
900 Third Avenue
New York, New York 10022
vpatel@littler.com
*Attorneys for Defendant*